**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Preston M. Hoke, having been duly sworn, state;

**Identity of Law Enforcement Officer Making Request**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January of 2021. I received approximately 21 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various subjects including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Violent Crimes squad, assigned to work violent incident crimes, of the FBI's Louisville Field Division. I am responsible for investigating, among other things, violations concerning robbery, carjacking, kidnapping, firearms act violations, fugitives from justice, child exploitation, and human trafficking cases. Before my current assignment, I was a police officer in Mesquite, Texas where I responded to and investigated state and municipal crimes, both in progress and delayed. I received approximately 44 weeks of training in the police academy and on-the-job field training where I learned similar skills outlined above in the FBI academy. I conducted on scene investigations of numerous natures of criminal offenses including but not limited to, assault, individual and commercial robberies, narcotics violations, firearms violations, fugitives from justice, sexual assaults, child abuse, among other things.

2. This affidavit is submitted in support of a criminal complaint alleging that FREDERICK E.

SANDERS violated Title 18, United States Code, Sections 2251(a), 2252A(a)(2) by using a minor to produce and distribute child pornography over the internet. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SANDERS with production and distribution of child pornography, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

## Facts Establishing Probable Cause

3. On or about Friday, May 28th, 2021, an FBI Agent in Dallas, Texas was acting in an undercover capacity on the messaging application Kik. The agent was engaged by account: "king000073" in a direct message. King000073 showed to have a screenname of "Ricky SANDERS". During the conversation, SANDERS makes statements indicating he is interested in child pornography. SANDERS also makes statements that he uses ▮▮▮▮▮▮▮▮▮▮▮▮ in order to trade child pornography. The conversation went as follows:

   a. SANDERS: "How old is your daughter if you don't mind me asking I don't care if she is under are"

   b. Agent: "She's 10"

   c. SANDERS: "Nice do you play with her"

   d. Agent: "Hmmmm that's a question not sure I wanna answer considering group convo"

   e. SANDERS: Sends picture #1 described herein after

   f. Sander: "Live pic"

   g. Agent: "No offense but live pics can be faked."

h. SANDERS: "How"

i. Agent: "Modded version of Kik. Got fooled once and turned out not to be his kid. And he got all kinds of shit from me. Pissed me off. That ▮"

j. SANDERS: ▮

k. Agent: "Nice. How old?"

l. SANDERS: "2"

m. Agent: "Noice"

n. Agent: "ASL for you? I'm 35 M TX. My dau is 10"

o. SANDERS: "I'm 25 m ohio"

p. SANDERS: "Do you have a pic of her"

q. Agent: "Nice. Play with him?"

r. SANDERS: "Some"

s. Agent: "Mmmm"

t. SANDERS: "Do you have pics"

u. Agent: "You suck him? Or he you?"

v. Agent: "Yeah"

w. SANDERS: "Send one"

x. SANDERS: "And I will"

y. Agent: sends picture of female with face blurred out

z. Agent: "Pick 1-3 fingers"

aa. SANDERS: "Any of her nude"

bb. Agent: "And I'll prove that's legit"

cc. SANDERS: "2"

dd. Agent: "Yeah"

ee. SANDERS: "2 fingers"

ff. Agent: sends picture of a chair and two of his fingers pointed.

gg. Agent: "Same couch same window"

hh. Agent: "She lives with her mom so don't have lives of her rn"

ii. SANDERS: "That's fine you chose 1-3"

jj. Agent: "3"

kk. SANDERS: Sends picture #2 described herein after

ll. SANDERS: "you send a nude then I will"

mm. Agent: "Nice. Hes cute"

nn. SANDERS: "You go first"

oo. Agent: "Nope been burned 1 too many times like this. Sorry. No offense and not meaning to piss you off."

pp. SANDERS: Sends picture #3 described herein after

qq. SANDERS: "Your turn"

rr. SANDERS: "Please don't burn me"

ss. Agent: "▮▮▮▮▮▮▮▮▮. You ever taken any of y'all together?"

tt. SANDERS: "Not yet but I can"

uu. Agent: "No dude def not my intent. I don't share and delete what I get. Ask the same if you. I gotta load a couple cuz I don't keep them on here."

vv. Agent: "Just curious bro that's all."

4

ww. Agent: "You more into lil boys or girls or both? I have a little nephew too!!"

xx. SANDERS: "Both"

yy. Agent: "Noice"

zz. Agent: "███████?"

aaa. SANDERS: "Will you send proof that you have pics"

bbb. SANDERS: "No she don't"

ccc. Agent: "Yeah bro. Just give me a min. I don't keep those on here. Keep them secret and have to load on here"

ddd. SANDERS: "Ok"

eee. Agent: "what all you do with him?"

fff. SANDERS: "Nothing really"

ggg. Agent: "cool"

hhh. Agent: "So you not really into the lifestyle then? I'm confused??"

iii. SANDERS: "I like to play around some but I mainly use him to get pics"

jjj. Agent: "Cool. So you never really play with him then? Ever live vid him before?"

kkk. SANDERS: "With Kik cam yeah but no video chat"

lll. Agent: "Cool"

mmm. Agent: "Wish kik had live vid cam still."

nnn. Agent: "good ole days"

ooo. SANDERS: "Yeah"

ppp. Agent: "Ever jack off to him or on him?"

qqq. SANDERS: "Yea"

    rrr. Agent: "Mmm which?"

    sss. SANDERS: "Both"

    ttt. Agent: "Mmmm nice right!!!"

    uuu. Agent: "And never sucked his little pee pee???? That's some self control!!!"

    vvv. SANDERS: "Lol got any loaded yet"

    www. Agent: "Take a minute. Have on a mini SD and have to get access. And load what I think you want. Any requests of my princess? Or just same like you sent?"

    xxx. SANDERS: "Anything"

    yyy. Agent: "Clothed?"

    zzz. SANDERS: "No"

    aaaa. Agent: "Haha"

    bbbb. SANDERS: "Lol"

    cccc. Agent: "Okay but I don't show her face"

    dddd. Agent: "Is he nude laying on you rn?"

    eeee. SANDERS: "Yeah"

4. The rest of the conversation is SANDERS asking the agent if he has loaded any pictures of the agent's daughter yet, then the conversation stops.

5. The description of the pictures is as follows:

    a. Picture #1: A white prepubescent male laying on an adult male's bare chest and shoulder. The prepubescent male appears to have blonde hair. The adult male's arm and chest appear hairy. The adult male's arm is around the victim. The victim's mid-torso up to their eye line is visible and he appears to not be wearing clothing. He appears to

      be sucking his index finger. The adult male and victim are laying on what appears to be a blue clothe surface with a white and gray pillow behind them.

    b. Picture #2: The same prepubescent male is laying on a blue clothe surface. The victim's torso and head are visible and he is not wearing clothing. And adult male's hand is visible extending three fingers. A distinct metallic and black wedding band is visible on the subject's finger.

    c. Picture #3: The same prepubescent male victim is laying on a blue clothe surface. The prepubescent male's penis is visible. The photograph shows the male's knees to his upper torso. There appears to be an adult male's hairy arm next to the victim.

6. FBI Dallas requested exigent disclosure from Kik, Inc of the king000073 user. Kik, Inc. responded with an IP address of 75.185.96.156, remote port 49920, on 05/30/2021 at 12:05: UTC, that was being used by king000073 during the interaction with the undercover agent.

7. Results from an exigent request to Charter Communications for the IP log 75.185.96.156, remote port 49920, on 05/30/2021 at 12:05: UTC, returned with subscriber information for Frederick SANDERS, address of ▇ Robinwood Road Apartment ▇, Louisville, Kentucky 40219.

8. I began open-source research on FREDERICK SANDERS which revealed a Frederick SANDERS, white male, date of birth ▇ 1992, showed a residence address of ▇ Van Hoose Road, Louisville, KY. SANDERS showed to have a 2001 Mercury car blue in color, bearing Kentucky tag: ▇ registered to him.

9. On Wednesday, 06/02/2021, I conducted physical surveillance at ▇ Robinwood Road, Louisville, Kentucky 40219. I observed SANDERS' registered vehicle parked on the east side

of the building. A short time later, I observed a bald white male wearing glasses and with a thick beard exit the main door to the apartment building. I believed this individual to be SANDERS based on the Kentucky driver's license picture and Facebook pictures I had previously seen.

10. On Friday, June 4, 2021, a search warrant for ▮ Robinwood Road Apartment ▮, Louisville, KY and for the person of Frederick SANDERS was signed. At approximately 2100 hours, agents executed the search warrant.

11. SANDERS was detained on scene. Once the scene was secure, I read aloud a Miranda warning card to SANDERS. SANDERS advised he was willing to waive his Miranda rights to speak with agents and signed the FD-395 advice of rights form.

12. During an interview with SANDERS, he disclosed he looks at child pornography on the Kik messenger application. SANDERS stated he received child pornography photos in various groups he joined in the Kik application. SANDERS stated he often had to send child pornography in order to receive more child pornography.

13. I showed SANDERS a screenshot of the Kik account, which showed the username (king000073), screen name (Ricky Sanders), and profile picture (colorful picture of a wolf), used during the conversation with the undercover agent. SANDERS confirmed that is his Kik account that he currently uses.

14. SANDERS stated he has taken four to five nude photographs of ▮ in order to send on Kik. SANDERS stated one of the pictures was ▮ lying in bed, and another photograph was SANDERS lying next to ▮, and both of them were naked.

15. I showed SANDERS a screenshot of the Kik conversation, which included the above-

mentioned photograph #2 showing a hand and a metallic and black wedding band. SANDERS confirmed the hand and the ring in the picture are his. SANDERS confirmed the pictures he sent during the conversation were taken live. SANDERS confirmed he took picture #3 where ▇▇▇ penis was visible.

16. I took SANDERS into federal custody at the conclusion of the interview.

## Conclusion

17. Based upon the above information, I submit that there is probable cause to believe that on or about May 28, 2021, FREDERICK E. SANDERS violated Title 18, United States Code, Section 2251(a), by using a minor with the intent the minor engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and 2252A(a)(2) by knowingly distributing any child pornography using any means or facility of interstate commerce.

  s/  *Preston M. Hoke*
Preston M. Hoke
Special Agent, Federal Bureau of Investigation

Sworn to me over the telephone and electronically signed pursuant to Fed. R.Crim P. 4.1 and 4(d) this 7th day of June 2021

_____
HON. REGINA S. EDWARDS
United States Magistrate Judge